**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

_____Alexandria_____ **Division**

In re  Thomas Marshall Eubanks

                                                            Case No.  18-11246-KHK

               Debtor(s)                           Chapter  _13_

**ORDER OF DISMISSAL
FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS
AND FOR FAILURE TO FILE AND DISTRIBUTE CHAPTER 13 PLAN**

      The above debtor(s) having failed to timely file required lists, schedules and statements within the time period as set forth in Local Bankruptcy Rule 1007-1 and having failed to timely file a Chapter 13 plan in the form approved by the Court for use in the Eastern District of Virginia, which includes the debtor's proof of service evidencing distribution of the plan, within the time periods as set forth in Local Bankruptcy Rule 3015-2; it is, therefore

      **ORDERED**, pursuant to Local Bankruptcy Rules 1007-1 and 3015-2, that the above case be dismissed; and it is further

      *[If appropriate]*      **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of   $ _____0.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

      **ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

                                                     WILLIAM C. REDDEN
                                                   Clerk of Court

Date:  _Apr 27, 2018_____      By  _/s/ Anthony L. Shepherd_____
                                                                          Deputy Clerk

                                                     NOTICE OF JUDGMENT OR ORDER
                                                     ENTERED ON DOCKET:

                                                     _Apr 27, 2018_____

[odis13sp ver. 12/09]